1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | Bankruptcy No. 22-12000-CMA |
| DARRYL WAYNE FRANZ, | ) | |
| | ) | EX PARTE MOTION FOR AN ORDER |
| Debtor(s). | ) | FOR 2004 EXAMINATION OF THE |
| | ) | DEBTOR |

COMES NOW The Livesey Law Firm, and Rory C. Livesey, attorney for Edmund J. Wood,

the trustee, and moves this court for an order requiring the debtor, Darryl Wayne Franz, to appear

for a Bankruptcy Rule 2004 examination, and bring with him the following documents, including

information or data stored electronically:

1.    All documents in debtor's possession regarding the class action against the Boy
Scouts listed on the schedules, including, but not limited to, the names, addresses and
other contact information for any attorneys with whom the debtor met or discussed
the class action.

Upon the issuance of an *Ex Parte* Order for Examination of the Debtor, the trustee will issue

a Subpoena and serve it upon the deponent with not less than ten (10) days notice of the deposition.

RESPECTFULLY SUBMITTED this 13th day of July, 2023.

THE LIVESEY LAW FIRM


/S/ *Rory C. Livesey*

_____
Rory C. Livesey, WSBA #17601
Attorney for Edmund J. Wood, Trustee

**EX PARTE MOTION FOR AN**
**ORDER FOR 2004 EXAMINATION**
**OF THE DEBTOR**
230712aMot   Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826