Honorable Christopher M. Alston

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Bankruptcy No. 22-12000-CMA |
| DARRYL WAYNE FRANZ, | ) |
| | ) EX PARTE ORDER FOR 2004 |
| Debtor(s). | ) EXAMINATION OF THE DEBTOR |
| | ) |

THIS MATTER having come regularly before the above-signed Judge of the above-entitled Court, upon the trustee's *ex parte* motion for the examination pursuant to Fed. R. Bankr. P. 2004 of the debtor, Darryl Wayne Franz, the Court having considered the motion and having found that good cause exists for an examination, it appearing that notice to creditors is not necessary, now, therefore, it is hereby

ORDERED that the trustee, Edmund J. Wood, and his attorneys, The Livesey Law Firm, are authorized to issue a Subpoena for 2004 Examination of the Debtor, Darryl Wayne Franz.

IT IS HEREBY FURTHER ORDERED that pursuant to Fed. R. Bankr. P. 2004, Darryl Wayne Franz shall appear for examination under oath and produce documents, pursuant to the Subpoena issued and served in compliance with Fed. R. Bankr. P. 9016 and Fed. R. Civ. P. 45, and at the date, time and place indicated on that Subpoena.

**EX PARTE ORDER FOR 2004
EXAMINATION OF THE DEBTOR**
230712bOrd  Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

1    IT IS HEREBY FURTHER ORDERED that such Subpoena shall be served with not less

2 than ten (10) days notice of the examination.

3                        //// END OF ORDER ////

Presented By:

THE LIVESEY LAW FIRM

   /S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Attorney for Edmund J. Wood, Trustee

The Livesey Law Firm
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

**EX PARTE ORDER FOR 2004 EXAMINATION OF THE DEBTOR**
230712bOrd  Page 2

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 22-12000-CMA    Doc 17-1    Filed 07/13/23    Ent. 07/13/23 10:41:23    Pg. 2 of 2