| | |
|---|---|
| | Honorable Christopher M. Alston |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Bankruptcy No. 22-12000-CMA |
| DARRYL WAYNE FRANZ, ) | |
| ) | DECLARATION OF MAILING |
| Debtor(s). ) | |
| ) | |

I, Patricia K. Johnson, declare and state as follows:

1. I am a citizen of the United States, over the age of 21 years, not an interested party in the above-entitled matter and am competent to be a witness.

2. On the 20th day of July, 2023, I caused to be mailed by first class mail, postage prepaid, a copy of the *Ex Parte* Motion and Order for 2004 Examination of the Debtor, and the Subpoena for Rule 2004 Examination to the following parties at their respective addresses:

        Darryl Wayne Franz (with original Subpoena)
        11878 Swantown Street
        Silverdale, WA 98383

        David Carl Hill (with copy of Subpoena)
        Richmond Hill, PLLC
        1521 S.E. Piperberry Way, Suite 135
        Port Orchard, WA 98366

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of July, 2023.

        /S/ *Patricia K. Johnson*
        _____
        Patricia K. Johnson
        Legal Assistant to Rory C. Livesey,
        Attorney for Edmund J. Wood

**DECLARATION OF MAILING**
230719bDec   Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 22-12000-CMA    Doc 20    Filed 07/20/23    Ent. 07/20/23 07:37:08    Pg. 1 of 1