United States Bankruptcy Court

Western District of Washington

In re:                                                                                                       Case No. 22-12000-CMA

Darryl Wayne Franz                                                                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-2                      User: admin                                    Page 1 of 2

Date Rcvd: Oct 27, 2023             Form ID: ntcclm                               Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darryl Wayne Franz, 11878 Swantown Street, Silverdale, WA 98383-8217 |
| 957116169 | + | NGHP, P.O. Box 138832, Oklahoma City, OK 73113-8832 |
| 957116170 | | Office of Attorney General, Bankruptcy & Collections Unit, 800 Fifth Avenue, Suite 2000, Seattle, WA 98104-3188 |
| 957116172 | + | Peterson Nykamp Law LLC, 16000 Christensen Rod Ste 301, Seattle, WA 98188-2967 |
| 957116173 | + | Pud 1 of Jefferson County, 1214 N 16th Avenue, Yakima, WA 98902-1348 |
| 957116175 | | St Joseph WA, Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: WADEPREV.COM | Oct 28 2023 02:52:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| 957116158 | | Email/Text: CLIENTS@AUDIT-ADJUSTMENT.COM | Oct 27 2023 22:53:00 | Audit and Adjustment Co., P O Box 1959, Lynnwood, WA 98046 |
| 957116157 | ^ | MEBN | Oct 27 2023 22:48:05 | American Coradius Internationa, 2420 Sweet Home Rd, Suite 150, Buffalo, NY 14228-2244 |
| 957116161 | | Email/Text: correspondence@credit-control.com | Oct 27 2023 22:54:00 | Credit Control LLC, P.O. Box 31179, Tampa, FL 33631 |
| 957116162 | | Email/Text: correspondence@credit-control.com | Oct 27 2023 22:54:00 | Credit Control, LLC, 3300 Rider Trail S Ste 500, Earth City, MO 63045 |
| 957116159 | | Email/Text: cms-bk@cms-collect.com | Oct 27 2023 22:54:00 | Capital Management Service LP, 698 1/2 South Ogden St, Buffalo, NY 14206-2317 |
| 957141642 | | EDI: CITICORP.COM | Oct 28 2023 02:52:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 957116163 | + | Email/Text: Banko@efscollects.com | Oct 27 2023 22:53:00 | Evergreen Financial Svcs, P.O. Box 9073, Yakima, WA 98909-0073 |
| 957116164 | + | Email/Text: o.burton@everprof.com | Oct 27 2023 22:54:00 | Evergreen Professional, Attn: Bankruptcy Dept, P.O. Box 666, Bothell, WA 98041-0666 |
| 957116165 | | EDI: PHINHARRIS | Oct 28 2023 02:52:00 | Harris & Harris LTD, 111 West Jackson Blvd Ste 400, Chicago, IL 60604-4135 |
| 957116166 | | EDI: IRS.COM | Oct 28 2023 02:52:00 | Internal Revenue Service, Centralized Insolvency Ops., PO Box 7346, Philadelphia, PA 19101-7346 |
| 957116160 | | EDI: JPMORGANCHASE | Oct 28 2023 02:52:00 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 957116168 | | Email/Text: nrsclients@nrsagency.com | Oct 27 2023 22:53:00 | Nationwide Recovery Service, 19401 40th Ave W Ste 200, Lynnwood, WA 98036 |
| 957116167 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 27 2023 22:54:00 | Nationwide Credit, P.O. Box 15130, Wilmington, |

| | | | | |
|---|---|---|---|---|
| | | | | DE 19850-5130 |
| 957116171 | + | Email/Text: askus@ohsu.edu | Oct 27 2023 22:54:00 | OHSU, P.O. Box 4674, Portland, OR 97208-4674 |
| 957116174 | | Email/Text: SENDTOQCI@YAHOO.COM | Oct 27 2023 22:54:00 | Quick Collect Inc, P.O. Box 821330, Vancouver, WA 98682-0030 |
| 957116176 | + | EDI: CITICORP.COM | Oct 28 2023 02:52:00 | SYWMC/CBNA, 701 E 60th Street N, Sioux Falls, SD 57104-0432 |
| 957116177 | | EDI: USAA.COM | Oct 28 2023 02:52:00 | USAA Credit Card Services, 10750 McDermott Fwy, San Antonio, TX 78288-0570 |
| 957116178 | + | EDI: USAA.COM | Oct 28 2023 02:52:00 | USAA Savings Bank, Attn: Bankruptcy, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 957139418 | | EDI: WFFC2 | Oct 28 2023 02:52:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 957116179 | + | EDI: WFFC2 | Oct 28 2023 02:52:00 | Wells Fargo Card Services, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2023         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Carl Hill | on behalf of Debtor Darryl Wayne Franz bankruptcy@law-rh.com r54989@notify.bestcase.com |
| Edmund J Wood | ewood1@aol.com ejw@trustesolutions.net |
| Rory C Livesey | on behalf of Trustee Edmund J Wood rory@liveslaw.com patti@liveslaw.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 4

Form ntcclm (01/2017)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:
    Darryl Wayne Franz
    SSN: xxx−xx−0650

    SSN:

    Debtor(s).

Case Number: 22−12000−CMA
Chapter: 7

---

## NOTICE TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS
## AND PAYMENT OF ESTATE FEES

YOU ARE NOTIFIED that the Trustee in this case, **Edmund J Wood**, has discovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address above on or before **January 29, 2024.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate.

A Proof of Claim form may be filed electronically through the Court's website: http://www.wawb.uscourts.gov/eclaims.htm. Filing claims electronically requires access to the internet, but no login or password is required. Alternatively, claims can be submitted to the Court in paper through the U.S. Mail.

There is no fee for filing the proof of claim.

### ANY CREDITOR WHO HAS FILED A PROOF OF CLAIM
### ALREADY NEED NOT FILE ANOTHER PROOF OF CLAIM

If the Trustee recovers assets in this case, the estate will be required to pay banking fees not to exceed 2% of the estate's bank account balance per year. In addition, the estate may be required to pay a bond premium not to exceed 0.1% of the estate's bank account balance. If you object to the payment of these amounts, you must file an objection with the Court on or before the deadline set above for the filing of proofs of claim and set the matter for hearing.

Dated: October 27, 2023

                                                  Gina Zadra Walton
                                                Clerk of the Bankruptcy Court