Honorable Christopher M. Alston
Hearing date: December 13, 2023; 1:30 p.m.
Hearing Place: via ZoomGov
Responses due by: December 6, 2023

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 22-12000-CMA |
| DARRYL WAYNE FRANZ, | |
| | TRUSTEE'S MOTION FOR AN ORDER |
| Debtor(s). | EMPLOYING SPECIAL COUNSEL FOR |
| | THE TRUSTEE UPON A CONTINGENT |
| | BASIS |

COMES NOW Edmund J. Wood, the trustee of the above-named estate, and pursuant to 11 U.S.C. §§ 327 and 328, prays for authority to employ, on a contingent basis plus costs, Marc J. Bern & Associates, and Joseph Cappelli, and Sheldon Law Group, LLP, and Gary Podell, as special counsel to pursue the following matter: the estate's claim against the Boy Scouts of America ("BSA"). Special counsel represented the debtor prior to the filing of the bankruptcy petition.

The terms of the contingent fee are: forty percent (40%) of the gross recovery, plus costs. No retainer has been paid nor promised. The trustee is seeking employment of special counsel pursuant to 11 U.S.C. § 328 on a contingency fee because of the risk associated with contemplated litigation and the lack of money currently in the estate.

The trustee is aware of no connections between the attorney and the debtor, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, and any person employed in the office of the United States Trustee, other than as set forth in the attorneys' declarations.

**TRUSTEE'S MOTION FOR AN ORDER EMPLOYING
SPECIAL COUNSEL FOR THE TRUSTEE UPON A
CONTINGENT BASIS -** 230825bMot    Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 22-12000-CMA    Doc 27    Filed 11/07/23    Ent. 11/07/23 09:48:36    Pg. 1 of 2

1    A copy of the contingency fee agreement is attached to the Declaration of Special Counsel

2    of No Adverse Interest Under Bankruptcy Rule 2014 for Joseph Cappelli.

3        WHEREFORE, the trustee prays for an order accordingly.

4        RESPECTFULLY SUBMITTED this 7th day of November, 2023.

5                                THE LIVESEY LAW FIRM

6

7                                /S/ *Rory C. Livesey*

                                _____
8                                Rory C. Livesey, WSBA #17601
                                 Attorney for Edmund J. Wood, Trustee

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TRUSTEE'S MOTION FOR AN ORDER EMPLOYING** THE LIVESEY LAW FIRM
**SPECIAL COUNSEL FOR THE TRUSTEE UPON A** 2033 Sixth Avenue, Suite 900
**CONTINGENT BASIS -** 230825bMot   Page 2 Seattle, WA 98121
(206) 441-0826

Case 22-12000-CMA   Doc 27   Filed 11/07/23   Ent. 11/07/23 09:48:36   Pg. 2 of 2