IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>DARRYL WAYNE FRANZ,<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 22-12000-CMA<br><br>DECLARATION OF SPECIAL COUNSEL<br>OF NO ADVERSE INTEREST UNDER<br>BANKRUPTCY RULE 2014 |

Gary Podell declares under penalty of perjury of the laws of the State of Washington as follows:

1. I am a attorney and I submit this declaration in support of the Trustee's Motion for an Order Employing Special Counsel for the Trustee Upon a Contingent Basis, and pursuant to Bankruptcy Rule 2014.

2. I do not have a connection of which I am aware with the debtor, any creditor or any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee other than as set forth above which is adverse to the interests of the estate. I did, however, represent the debtor pre-petition regarding the claim against the Boy Scouts of America as is described in the trustee's motion.

3. I do not hold or represent an interest adverse to the estate and that I am a disinterested person pursuant to 11 U.S.C. § 101(14).

4. I have read Local Rule 2016 in accordance with Local Bankruptcy Rule 2014.

**DECLARATION OF SPECIAL COUNSEL
OF NO ADVERSE INTEREST UNDER
BANKRUPTCY RULE 2014**
230825fDec   Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 22-12000-CMA    Doc 29    Filed 11/07/23    Ent. 11/07/23 09:54:41    Pg. 1 of 2

5. No retainer has been paid nor promised.

DATED this 30th day of October, 2023.

SHELDON LAW GROUP, LLP

/S/ *Gary Podell*
_____
Gary Podell

**DECLARATION OF SPECIAL COUNSEL OF NO ADVERSE INTEREST UNDER BANKRUPTCY RULE 2014**
230825fDec    Page 2

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826