Honorable Christopher M. Alston
                                                          Hearing date: December 13, 2023; 1:30 p.m.
                                                          Hearing Place: via ZoomGov
                                                          Responses due by: December 6, 2023

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 22-12000-CMA |
| DARYL WAYNE FRANZ, | |
| | NOTICE OF TRUSTEE'S MOTION FOR |
| | AN ORDER EMPLOYING SPECIAL |
| Debtor(s). | COUNSEL FOR THE TRUSTEE UPON |
| | A CONTINGENT BASIS |

TO:   Daryl Wayne Franz, and his attorney of record, creditors, and parties of interest.

PLEASE TAKE NOTICE that the Trustee's Motion for an Order Employing Special Counsel for the Trustee Upon a Continent Basis will be heard on the 13th day of December, 2023, at 1:30 p.m.. via ZoomGov, and the clerk is requested to note the motion on the motion docket for that day.

Instructions for call in are as follows:

**INSTRUCTIONS:**

**Join ZoomGov Meeting**
https://www.zoomgov.com/j/1606844370?pwd=VkpOZktDalNiNzZ2S2RLbTZHU1A1QT09(link is external)
Meeting ID: 160 684 4370
Passcode: 804281
One tap mobile
+16692545252,,1606844370# US (San Jose)
+14154494000,,1606844370# US (US Spanish Line)

**Dial by your location**
        +1 669 254 5252 US (San Jose)
        +1 415 449 4000 US (US Spanish Line)
        +1 669 216 1590 US (San Jose)
        +1 551 285 1373 US
        +1 646 828 7666 US (New York)
        +1 646 964 1167 US (US Spanish Line)

Find your local number: https://www.zoomgov.com/u/ad2zlHPOQ0

**NOTICE OF TRUSTEE'S MOTION FOR AN
ORDER EMPLOYING SPECIAL COUNSEL FOR
THE TRUSTEE UPON A CONTINGENT BASIS**
230825dNot   Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

YOU ARE FURTHER NOTIFIED that responses or objections must be made in writing and the original filed with the Bankruptcy Court at the United States Courthouse, Room 6301, 700 Stewart Street, Seattle, Washington 98101. Copies must be served upon the United States Trustee's Office at the United States Courthouse, Room 5103, 700 Stewart Street, Seattle, Washington 98101, the above-named Judge and the undersigned attorney on or before December 6, 2023. Failure to comply with the local rule may be deemed by the Court as opposition without merit. If responsive pleadings are not filed as stated above, the hearing may be stricken and an order granting the relief requested in the motion may be presented *ex parte.*

The trustee, Edmund J. Wood, pursuant to 11 U.S.C. §§ 327 and 328, has filed a motion for authority to employ, on a contingent basis plus costs, Marc J. Bern & Associates, and Joseph Cappelli, and Sheldon Law Group, LLP, and Gary Podell, as special counsel to pursue the following matter: the estate's claim against the Boy Scouts of America ("BSA"). Special counsel represented the debtor prior to the filing of the bankruptcy petition.

The terms of the contingent fee are: forty percent (40%) of the gross recovery, plus costs. No retainer has been paid nor promised. The trustee is seeking employment of special counsel pursuant to 11 U.S.C. § 328 on a contingency fee because of the risk associated with contemplated litigation and the lack of money currently in the estate.

The trustee is aware of no connections between the attorney and the debtor, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, and any person employed in the office of the United States Trustee, other than as set forth in the attorneys' declarations.

A copy of the contingency fee agreement is attached to the Declaration of Special Counsel of No Adverse Interest Under Bankruptcy Rule 2014 for Joseph Cappelli on file with the Court.

The motion and supporting documents, if any, are on file with the above-captioned Court. Any party desiring information as to the details may request the same from the Clerk of the Court or from the undersigned counsel.

RESPECTFULLY SUBMITTED this 7th day of November, 2023.

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Attorney for Edmund J. Wood, Trustee

**NOTICE OF TRUSTEE'S MOTION FOR AN ORDER EMPLOYING SPECIAL COUNSEL FOR THE TRUSTEE UPON A CONTINGENT BASIS**
230825dNot   Page 2

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 22-12000-CMA    Doc 30    Filed 11/07/23    Ent. 11/07/23 09:56:23    Pg. 2 of 2