Honorable Christopher M. Alston
Hearing date: December 13, 2023; 1:30 p.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 22-12000-CMA |
| DARRYL WAYNE FRANZ, | |
| | ORDER EMPLOYING SPECIAL |
| Debtor(s). | COUNSEL FOR THE TRUSTEE |
| | UPON A CONTINGENT BASIS |

THIS MATTER having come regularly before the above-signed Judge of the above-entitled Court, upon the motion of the trustee, Edmund J. Wood, ("Trustee"), in the above-captioned bankruptcy, to employ Marc J. Bern & Associates, and Joseph Cappelli, and Sheldon Law Group, LLP, and Gary Podell ("Special Counsel"), as his Special Counsel pursuant to the terms of the contingency fee agreement attached hereto, the Court having reviewed the files and records herein and finding that Special Counsel does not represent any interest adverse to that of the above-captioned bankruptcy estate in the matters upon which Special Counsel is to be employed, and that its employment is necessary and would be in the best interest of the estate, the case is one justifying a contingent fee agreement, now, therefore, it is hereby

ORDERED that

**ORDER EMPLOYING SPECIAL COUNSEL FOR THE TRUSTEE UPON A CONTINGENT BASIS**
230825cOrd   Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

1. The Trustee's motion for authority to enter into the contingency fee agreement is in the best interests of the estate and its creditors and therefore the motion is granted. The Trustee is authorized to enter into the contingency fee agreement attached hereto for litigation-related services with respect to the claims against the Boy Scouts of America.

2. The Trustee's motion to hire Marc J. Bern & Associates, and Joseph Cappelli, and Sheldon Law Group, LLP, and Gary Podell, as Special Counsel on the terms set forth in the contingency fee agreement is granted and said attorneys will be hired on a contingency fee basis pursuant to the terms of 11 U.S.C. § 328. The Court finds that said attorneys meet the disinterestedness standard of 11 U.S.C. § 327 and that their retention under the terms of the attached contingency fee agreement is in the best interest of this estate and its creditors and is fair and equitable.

3. Disbursement of fees to Special Counsel will be pursuant to further order of the Court.

//// END OF ORDER ////

Presented By:

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Attorney for Edmund J. Wood, Trustee

The Livesey Law Firm
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

**ORDER EMPLOYING SPECIAL COUNSEL FOR THE TRUSTEE UPON A CONTINGENT BASIS**
230825cOrd   Page 2

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 22-12000-CMA    Doc 33    Filed 12/07/23    Ent. 12/07/23 08:02:02    Pg. 2 of 3

MARC J. BERN & PARTNERS
101 West Elm Street, Suite 215
Conshohocken, PA 19428                                                                  (800) LAW-5432

**CONTINGENT FEE AGREEMENT**

I, the undersigned client, do hereby retain and employ MARC J. BERN & PARTNERS and SHELDON LAW GROUP, LLP as my attorneys to represent me in a claim for all damages relating to the sexual misconduct, abuse, assault and/or exploitation committed by the Boy Scouts of America or any person. firm or corporation affiliated with the Boy Scouts of America.

I further authorize MARC J. BERN & PARTNERS and SHELDON LAW GROUP, LLP to employ any other additional legal assistance that they deem needed to fully represent my interests. Any fees for additional legal assistance will be determined by MARC J. BERN & PARTNERS and paid by them from their fee as prescribed by this agreement. I agree and endorse whatever agreement they make as being in my best interest.

It is agreed and understood that this employment is upon a contingent fee basis, and if no recovery is made, I will not be indebted to MARC J. BERN & PARTNERS or SHELDON LAW GROUP, LLP for any attorney's fees.

If there is a recovery of money damages, whether by way of settlement, verdict, or judgment, I agree that MARC J. BERN & PARTNERS and SHELDON LAW GROUP, LLP shall receive forty percent (40%) of said gross settlement, verdict or judgment as compensation for their professional services, plus all actual costs incurred to process my successful claim. These costs will include, but not limited to, investigative fees, filing costs, medical reports, discovery costs, photographic costs, transportation costs, and other similar expenses related to this case.

I also agree and understand that their employment is contingent upon whether future developed facts clearly indicate there is a cause of action against any defendant. In the event that such facts are not developed, I will be so advised by MARC J. BERN & PARTNERS and/or SHELDON LAW GROUP, LLP and their representation will then terminate with no further financial obligations on my part.

I have read this agreement, and understand its contents, and acknowledge having received a copy of this agreement.

DATED THIS _____ DAY OF _____, 20_____

_____
SIGNATURE OF CLIENT

_____
PRINT NAME

_____
STREET

_____
CITY STATE ZIP